UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION


| | |
|---|---|
| JAMIE MENDEZ, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 4:05-CV-503 CAS |
| ) | |
| WARREN COUNTY, and ) | |
| STATE OF MISSOURI, ) | |
| ) | |
| Respondents. ) | |

## ORDER OF DISMISSAL
## PURSUANT TO 28 U.S.C. § 1915(e)(2)(B)

**IT IS HEREBY ORDERED** that petitioner's petition for a writ of mandamus is **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith.  See 28 U.S.C. § 1915(a)(3).


_____
CHARLES A. SHAW
UNITED STATES DISTRICT JUDGE


Dated this __18th__ day of August, 2005.